## UMLIC-2 FUNDING CORPORATION *v.* MARIA-LUISE ELSHAZLY ET AL.
### (15488)

Landau, Heiman and Hennessy, Js.

Submitted on briefs September 30—officially released October 22, 1996

Per Curiam. The judgment is affirmed.

## TOWN OF HAMDEN ET AL. *v.* CHARLES FLANAGAN ET AL.
### (15104)

Landau, Heiman and Hennessy, Js.

Submitted on briefs September 30—officially released October 22, 1996

Per Curiam. The judgment is affirmed.

## DIME SAVINGS BANK OF WALLINGFORD *v.* NICHOLAS E. ARPAIA III ET AL.
### (15390)

Landau, Heiman and Hennessy, Js.

Submitted on briefs September 30—officially released October 22, 1996

Per Curiam. The judgment is affirmed.